UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DANIEL CHAPPELL FLINT,

                                    Docket No. 24-1807
                                    Org. Case No. 2:17-cr-00697-PA-1

      Appellant,

v.

UNITED STATES OF AMERICA,

      Appellee

_____/

| | |
|---|---|
| Daniel C. Flint | David Friedman |
| Defendant | Ian Yanniello |
| *In Pro Per* | Christine Ro |
| 61450 N. Ridge Trl | Attorneys For Plaintiff |
| Washington, MI 48094 | ian.yanniello@usdoj.gov |
| 586-960-6790 | christine.ro@usdoj.gov |
| d2flint@gmail.com | usacac.crimappeals@usdoj.gov |
| | caseview.ecf@usdoj.gov |

_____/

## MOTION TO STRIKE ORIGINAL OPENING BRIEF

      **NOW COMES** Appellant, Daniel C. Flint, pro se, and respectfully moves this Court for an order striking the original opening brief submitted on July 12, 2024, from the docket to avoid any potential confusion with the revised brief submitted on July 26, 2024.

1. On July 12, 2024, the Appellant submitted an opening brief (Docket Entry No. 8).

2. On July 17, 2024, the Appellant filed a motion requesting permission to add hyperlinks to the exhibits in the opening brief for ease of access (Docket Entry No. 10).

3. On July 22, 2024, the Court granted the Appellant's motion, allowing the submission of hyperlinked exhibits and waiving the paper copies requirement (Docket Entry No. 11).

4. On July 26, 2024, the Appellant submitted a revised opening brief that included the hyperlinked exhibits as permitted by the Court's order (Docket Entry No. 14).

5. The existence of two opening briefs on the docket may lead to confusion.

6. Striking the original opening brief will ensure that the Court and all parties focus on the revised version with hyperlinked exhibits for ease of access.

7. Pursuant to Federal Rule of Appellate Procedure 27, which allows a party to file a motion to request any necessary order or relief from the Court, and Ninth Circuit Rule 27-1, which provides guidance on motions and requests for orders, Appellant requests that the original opening brief be stricken from the docket.

8. Concurrence with this motion was sought via email, to which the government responded: "The government takes no position on the filing."

**THEREFORE**, Appellant respectfully requests that this Court order the striking of the original opening brief submitted on July 12, 2024 (Docket Entry No. 8), to prevent any potential confusion and to ensure the accuracy and clarity of the case record.

PROOF OF SERVICE
The undersigned certifies that, this document was filed and served on all parties using the Electronic Filing System on July 26, 2024

Signature __/s/ Daniel Flint_____

Respectfully Submitted,

*/s/ Daniel C. Flint*
Daniel C. Flint

Dated: July 26, 2024